United States Courts
Southern District of Texas
FILED
August 16, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**Geoffrey Albornoz,**<br>**Arbey Candelo,**<br>**Carlos Riascos**, AND<br>**Alex Sanchez**.<br>_____Defendants._____ | §<br>§<br>§ Criminal No.: **4:23-cr-00357**<br>§<br>§<br>§<br>§<br>§<br>§ |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

Title 21, United States Code, § 846 – Conspiracy to Possess with the Intent to Distribute a Controlled Substance

On or about July 18, 2023, in the Houston Division of the Southern District of Texas,

GEOFFREY ALBORNOZ,
ARBEY CANDELO
CARLOS RIASCOS AND
ALEX SANCHEZ

defendants herein, knowingly and intentionally attempted, combined, conspired, confederated and agreed together with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to possess with intent to distribute 5 kilograms or more of cocaine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

1

## COUNT TWO

<u>Title 18, United States Code, §§ 924(c)(1)(A) and 2 -- Using and Carrying a Firearm During and in Relation to Drug Trafficking Crime</u>

On or about July 18, 2023, in the Houston Division of the Southern District of Texas,

GEOFFREY ALBORNOZ,
ARBEY CANDELO
CARLOS RIASCOS AND
ALEX SANCHEZ

defendants herein, aiding and abetting each other as well as others known and unknown to the Grand Jury, did knowingly carry firearms, namely, handguns, during and in relation to, and in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States, that being Conspiracy to Possess with the Intent to Distribute a Controlled Substance.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

NOTICE OF CRIMINAL FORFEITURE
[21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c) ]

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendants, that in the event of a conviction of an offense in violation of Title 18, United States Code, Section 924(c), the following is subject to forfeiture:

(1) Glock 17 19x9 9mm firearm with serial BFY340

A TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

ALAMDAR HAMDANI
United States Attorney, Southern District of Texas

_____
Lisa M. Collins
Assistant United States Attorney