MOTION TO RELEASE PROPERTY

United States Courts
Southern District of Texas
FILED
JUN 14 2024
Nathan Ochsner, Clerk of Court

Geoffrey Albornoz
Case#   4:23-cr-00357

Federal# 10622506

D.O.B:

Place of Confinement:  F.D.C Houston
                       P.o.Box 526255
                       Houston, Tx 77052

06/11/24

To The Honorable Judge Charles Eskridge,

    Good day your Honor. Thank You for taKiiig Erie time to read and review my request. I ask that the Court Please accept this letter as a "Motion" to Release some of my property. I don't believe that my wallet and car keys are relevant to my case or investigation and therefore I beg the Court to release my wallet and my car keys to my wife because my family is in great need of them. Please help us retrieve them or please notify us or instruct us on the proper procedure to do so. Thank You very much for your time and patience.

                                        Sincere Thanks,



Geoffrey Albornoz #10677506
Federal Detention Center-Houston
P.O. Box 526255
Houston, TX 77052-6255

Honorable Judge Charles Eskridge
United States District Court

United States Courts
Southern District of Texas
FILED
JUN 14 2024
Nathan Ochsner, Clerk of Court