IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.

GEOFFREY ALBORNOZ
ARBEY CANDELO
CARLOS RIASCOS
ALEX SANCHEZ
    DEFENDANTS

Case No. 4:23-CR-357

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE CHARLES ESKRIDGE:

Counsel for Carlos Riascos files this motion on behalf of all defendants in the above cause. Defendants jointly move the Court for an order continuing the trial and associated pre-trial settings. In support of this motion, Defendants would show the Court the following:

I.

The Defendants are set for trial on Aug. 19, 2024.

II.

Defendants are charged with Conspiracy to possess with the intent to distribute a controlled substance in violation of 21 USC § 846, 841(a)(1), and 841(b)(1)(A). And using and carrying a firearm during and in relation to a drug trafficking crime in violation of 18 USC § 924(c)(1)(A)(ii) and 2. These charges carry severe penalties upon conviction. The statutory minimum is 15 years incarceration if convicted on both counts.

III.

Defendants are still reviewing the evidence and negotiating with the government to resolve their respective cases in the best interest of their clients. Thus Defendants need

1

additional time to review the discovery materials and discuss plea options with the government in order to determine whether to proceed to trial or enter a plea to the charges.

V.

Counsel has conferred with Assistant United States Attorney, Lisa Collins regarding this motion on August 2, 2024 and the government is not opposed to the granting of this motion. Counsel also contacted attorneys for each defendant, Feroz Merchant, attorney for Geoffrey Albornoz, Joe Salinas, attorney for Arbey Candelo, and Tatiana Obando, attorney for Alex Sanchez. All defense counsel join in this motion.

Carlos Riascos and all defendants pray that the Court will enter an order continuing the trial of this cause for at least ninety (90) days.

Respectfully Submitted,

s/ *Andrew J. Williams*
Andrew J. Williams
Texas State Bar Number: 00788671
1521 Green Oak Place Suite 140
Kingwood, TX 77339
Telephone: (281) 358.9111
andrewjwlaw@gmail.com
Attorney for Defendant,
*Carlos Riascos*

## CERTIFICATE OF SERVICE

I certify that a copy of the Defendants' Joint Unopposed Motion for Continuance was delivered via CM/ECF to all counsel of record on August 2, 2024.

                                                    s/ *Andrew J. Williams*
                                                    Andrew J. Williams

## CERTIFICATE OF CONFERENCE

The foregoing Motion was discussed with the Assistant United States Attorney and the following counsels for the co-defendants.

| | |
|---|---|
| Lisa Collins<br>counsel for the Government | Not Opposed |
| Feroz Merchant,<br>attorney for Geoffrey Albornoz | Joins in Motion |
| Joe Salinas,<br>attorney for Arbey Candelo | Joins in Motion |
| Titania Obando,<br>attorney for Alex Sanchez | Joins in Motion |

Dated: August 2, 2024.

                                                  /s/ *Andrew J. Williams*
                                                  Andrew J. Williams